UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDAH MILCHAMOT,

                    Petitioner,

        -against-

WARDEN OF O.B.C.C.,

                    Respondent.

25 CIVIL 09892 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

        SO ORDERED.

Dated:    March 12, 2026

        New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            Chief United States District Judge